**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 19, 2009**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____



**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11096/098-3870850-40000

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Allen Cash and Donna R. Cash<br>      Debtors.<br>_____<br>M & I Marshall & Ilsley Bank<br>      Movant,<br>  vs.<br><br>Robert Allen Cash and Donna R. Cash, Debtors,<br>Roger W. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-06617-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #21) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 26, 2005 and recorded in the office of the Maricopa County Recorder wherein M & I Marshall & Ilsley Bank is the current beneficiary and Robert Allen Cash and Donna R. Cash have an interest in, further described as:

> The South 600.00 feet of GLO LOT 4, Section 5, Township 1 North, Range 4 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona. EXCEPT the East 927.00 feet thereof.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT